Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Annellycis de Jesus ALBORNOZ LIRA,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>TACOMA DETENTION CENTER,<br><br>　　　　　　Respondent. | Case No. 2:25-cv-02713-LK<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF BRIEFING SCHEDULE**<br><br>Note on Motion Calendar:<br>January 9, 2026 |

　　　For good cause, Petitioner and Federal Respondents, by and through their counsel of record, jointly stipulate and move to extend briefing deadlines in this matter. Petitioner previously filed her petition *pro se* with the U.S. District Court for the Eastern District of Washington and has since retained counsel to proceed before this Court.

　　　The parties have conferred and respectfully request an extension of the current deadlines in this case, Dkt. 6 ¶¶ 1–2, to permit Petitioner to amend her petition under Federal Rule of Civil Procedure 15(a)(1). The parties stipulate to the following proposal:

1. Petitioner shall file an amended petition for writ of habeas corpus with any supporting documents no later than January 14, 2026.
2. Respondents shall file a response to the petition no later than January 28, 2026. The return shall be noted on the Court's motion docket for the due date of Petitioner's

traverse – 5 days after the due date of Respondents' return. Any arguments that the petition should be dismissed shall be made in the return and not by separate motion. The return shall be filed using the "Response to Habeas Petition" CM/ECF filing event.

3. Any traverse by Petitioner shall be filed no later than February 2, 2026. A traverse shall be filed using the "Reply to Response to Motion" CM/ECF filing event.

4. The clerk shall note this matter for consideration on February 2, 2026.

Respectfully submitted this 9th day of January, 2026.

s/ Amanda Ng
Amanda Ng, WSBA No. 57181
Northwest Immigrant Rights Project
615 Second Ave., Suite 400
Seattle, WA 98104
(206) 816-3897
amanda@nwirp.org
*Counsel for Petitioner*

*I certify that this motion contains 233 words, in compliance with the Local Civil Rules.*

CHARLES NEIL FLOYD
United States Attorney

 s/ Michelle R. Lambert
MICHELLE R. LAMBERT, NY# 4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 1201
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Federal Respondents*

1  **The parties having stipulated and agreed, IT IS SO ORDERED.**

2  DATED this  9th  day of  January , 2026.

  _____
  LAUREN KING
  United States District Judge

STIP. MOT. FOR EXTENSION OF BRIEFING SCHED. - 3
Case No. 2:25-cv-02713-LK